# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

vs.

Teddy Ta,

        Defendant.

Criminal 06-160-3 (RHK/JJG)

**ORDER**

Defendant's January 5, 2007 letter request (Doc. No. 88) for "at least a one-month extension" of his voluntary surrender date is **DENIED**. Defendant shall surrender to the United States Marshal at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, at 10:00 a.m. on January 16, 2007.

Dated: January 8, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge